IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| KERRY A. FARLEY, MATTHEW T. FARLEY, M.A.F., and N.J.F., <br><br> Plaintiffs, <br><br> v. <br><br> FAIRFAX COUNTY SCHOOL BOARD, <br><br> Defendant. | Case No. 1:20-cv-01249 <br> (CMH/IDD) |

### DEFENDANT FAIRFAX COUNTY SCHOOL BOARD'S MOTION TO DISMISS

COMES NOW Defendant Fairfax County School Board (the "School Board"), by counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss the First Amended Complaint (ECF Docs. 35, 41) filed against it by Kerry A. Farley, Matthew T. Farley, Miley A. Farley, and Nolan J. Farley, on the grounds that the entire First Amended Complaint fails to state any claims upon which relief may be granted. In support of its motion, the School Board incorporates by references its Memorandum in Support of Motion to Dismiss.

WHEREFORE, Defendant Fairfax County School Board requests that this Court dismiss the First Amended Complaint filed against it by Kerry A. Farley, Matthew T. Farley, Miley A. Farley, and Nolan J. Farley with prejudice, and award it any such further relief as this Court deems appropriate.

## ***ROSEBORO v. GARRISON*** **WARNING**

Consistent with the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the Fairfax County School Board provides the following warning to *pro se* Plaintiffs:[1]

(1) You are entitled to file a response opposing this Motion to Dismiss. A response must be filed within twenty-one (21) days of the date on which this Motion to Dismiss was filed;

(2) The Court could dismiss your case based on the Fairfax County School Board's papers if you do not file a response;

(3) You must identify all facts stated by the Fairfax County School Board with which you disagree and set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate signed under penalty of perjury); and

(4) You are also entitled to file a legal brief in opposition to the brief filed by the Fairfax County School Board.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD
By Counsel

Date: September 11, 2023

---

[1] The School Board includes this warning due to the circumstances identified in its Motion to Strike (ECF Doc. 37), and Plaintiffs' *pro se* adoption of the First Amended Complaint. (ECF Doc. 41-1.)

BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (telephone)
(703) 691-3913 (facsimile)

By:    /s/ Ian J. McElhaney
      William B. Porter, VSB No. 41798
      wporter@bklawva.com
      Ian J. McElhaney, VSB No. 94888
      imcelhaney@bklawva.com
      *Counsel for Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2023, I will email and mail the document by U.S. Mail to the following non-filing user:

> Caner Demirayak, Esq.
> LAW OFFICE OF CANER DEMIRAYAK, ESQ.
> 300 Cadman Plaza W, 12 FL
> Brooklyn, NY 11201
> caner@canerlawoffice.com

I further certify that on this 11th day of September 2023, I will mail the document by U.S. Mail to the following non-filing users:

> Kerry A. Farley
> Matthew T. Farley
> Miley A. Farley
> Nolan J. Farley
> 1901 Trumpet Court
> Vienna, VA 22182

    /s/ Ian J. McElhaney
Ian J. McElhaney, Esq.
Virginia State Bar No. 94888
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: 703-691-1235
Fax: 703-691-3913
imcelhaney@bklawva.com
Counsel for Defendant Fairfax County School Board